UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>CASTILLO, et al.<br><br>        Defendants. | NO.  CV 20-1534-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

The Report recommends denial of Plaintiff's motion for summary judgment without prejudice on the basis that it is premature.  Plaintiff's objection is contained in his opposition to the Defendants' pending motion to dismiss the complaint.  Plaintiff addresses the merits of Defendants' motion but not whether his motion is premature.

IT IS ORDERED that Plaintiff's motion for summary judgment is denied without prejudiced at this stage of the proceedings.

DATED: February 17, 2021

                                                                       */s/ David O. Carter*<br>
HON. DAVID O. CARTER<br>
United States District Judge