1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   HENRY DESEAN ADAMS,              )      NO.  CV 20-1534-DOC (AGR)
                                      )
12                   Plaintiff,       )
                                      )
13         v.                         )      ORDER ACCEPTING FINDINGS AND
                                      )      RECOMMENDATION OF UNITED
14   CASTILLO, et al.,                )      STATES MAGISTRATE JUDGE
                                      )
15                   Defendants.      )
     _____ )
16
17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended

18   Complaint, records on file, and the Report and Recommendation of the United States

19   Magistrate Judge.  No objections to the Report have been filed. The Court accepts

20   the findings and recommendation of the Magistrate Judge.

21         IT IS ORDERED that

22         (1) Defendants' motion to dismiss the Second Amended Complaint under Fed.

23   R. Civ. P. 12(b)(6) (Dkt. No. 122) is GRANTED IN PART AND DENIED IN PART as

24   follows: (a) the official capacity claims are dismissed without leave to amend; (b)

25   Plaintiff's requests for injunctive relief are dismissed with leave to amend; and (c)

26   Defendants' motion to dismiss the individual capacity claims for damages is denied;

27         (2) Defendants' motion to strike under Fed. R. Civ. P. 12(f) is DENIED;

28         (3) Plaintiff's motions for preliminary injunctive relief (Dkt. Nos. 106, 110, 116

     and 132) are DENIED and his motion for a ruling (Dkt. No. 111) is DENIED as moot;

and

     (4) Defendants are directed to file an Answer to the Second Amended Complaint within 45 days after entry of this order.


DATED:   February 16, 2023

DAVID O. CARTER
United States District Judge