IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>Castillo, et al.,<br><br>Defendants. | NO. CV 20-01534-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Complaint; Defendants' motion for sanctions and all associated briefs and papers on the docket; the other records on file; and the Report and Recommendation of the United States Magistrate Judge ("Report"). The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that Defendants' motion for terminating sanctions is GRANTED and that judgment be entered dismissing this action with prejudice.

DATED: March 24, 2026

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge