JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS, | NO. CV 20-01534-DOC (AGR) |
| Plaintiff, | JUDGMENT |
| v. | |
| CASTILLO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation filed concurrently herewith,

IT IS ADJUDGED that Judgment is entered in favor of Defendants and this action is dismissed with prejudice.

DATED: March 24, 2026

_____
DAVID O. CARTER
United States District Judge